1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERIL-AIRE, INC., a Nevada Corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>UV BULBS & MORE, a California Corporation,<br><br>         Defendant, | CASE NO. 2:14-cv-06614-JAK-JEM<br><br>**STIPULATION AND FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST UV BULBS & MORE**<br><br>**JS-6** |

Plaintiff Steril-Aire, Inc. ("Steril-Aire") and Defendant UV Bulbs & More ("UV Bulbs") stipulate, consent and agree to the terms and conditions of this Final Consent Judgment and Permanent Injunction.

///

///

///

**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1111 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b).

2. Steril-Aire is a corporation organized and existing under the laws of the State of Nevada, having a principal place of business at Burbank, California. Steril-Aire is in the business of developing, marketing, selling, and distributing ultraviolet germicidal solutions for improved indoor air quality and energy efficiency, including fixtures and bulbs for their proprietary UV lamps.

3. UV Bulbs & More is a corporation organized and existing under the laws of the State of California, having a principal place of business at, 575 E California Blvd #2, Pasadena CA 91106. UV Bulbs & More currently operates websites and on-line e-commerce sites including:

> http://stores.uvbulbsandmore.com/ and
> http://www.uvbulbsandmore.net/

4. UV Bulbs & More has advertised and sold, among other things, indoor quality replacement UV cleanser and filtration products and more specifically, replacement bulbs for Steril-Aire fixtures on these websites and on third party websites.

5. Steril-Aire filed the Complaint in this lawsuit on August 22, 2014, and UV Bulbs was personally served with the Complaint on September 11, 2014.

6. Steril-Aire represents and UV Bulbs does not contest for the purposes of this Final Consent Judgment and Permanent Injunction that the following United States Trademark Registrations are owned by Steril-Aire and are valid and enforceable:

| REG. NO. | MARK |
|---|---|
| 4307884 | **FIT** |
| 3217940 | **UVC FOR HVAC** |
| 3217935 | **UVC FOR HVAC** |
| 3160637 | **STERILWAND** |
| 2948085 | **STERIL-AIRE** |
| 3008555 | **STERIL-AIRE** |
| 3590651 | **STERIL AIRE PROFESSIONAL** |
| 3568370 | **STERIL-ZONE** |
| 3781616 | **PURE AIR. REAL SCIENCE.** |
| 2538825 | **UVC EMITTER** |
| 2230366 | **STERIL-AIRE** |
| 0624869 | **STERILAIRE** |

7. Steril-Aire represents and UV Bulbs does not contest for the purposes of this Final Consent Judgment and Permanent Injunction that as a result of Steril-Aire's substantial and continuous use of Steril-Aire's registered trademarks, Steril-Aire is also the owner of common-law rights in the marks (collectively, "Steril-Aire's trademarks").

8. UV Bulbs has offered to sell and has sold items, such as parts and accessories, including, for example, replacement bulbs (hereinafter "the Infringing Products") sold using marks that are identical or substantially identical to Steril-Aire's trademarks.

9. UV Bulbs has offered to sell and has sold the Infringing Products using images taken from Steril-Aire's website.

10. UV Bulbs agrees that the marketing and sale of the Infringing Products infringes Steril-Aire's rights in the Steril-Aire's trademarks.

11. UV Bulbs and Steril-Aire have agreed to the terms of this Consent Judgment and its entry as a settlement of the claims filed and the resolution of all claims between the parties, known and unknown.

12. Therefore, UV Bulbs, and its parents, subsidiaries, affiliates, officers, agents, servants, employees, and those persons in active concert or participation with it, who receive actual notice of this injunction by personal service or otherwise, consent and agree as follows:

    a. If UV Bulbs offers to sell on its website(s), or elsewhere, UV lamps that may be compatible with Steril-Aire's UV lamp fixtures, then UV Bulbs will not describe the lamps as "Steril-Aire Replacement Lamps" or words to that effect. Instead, UV Bulbs will describe the UV lamps as "lamps that are designed to fit Steril-Aire lamp fixtures" or words to that effect. Any such offer shall also include the disclaimer "These are not certified Steril-Aire replacement lamps" on the same page and in a font that is the same size as, or larger than, the offer font.

    b. If UV Bulbs uses "Steril-Aire" in a drop-down menu on UV Bulbs' website(s) or third-party websites, offering to sell "lamps that are designed to fit Steril-Aire lamp fixtures" or words to that effect, then the web page(s) containing the drop-down menu shall also include the disclaimer "These are not certified Steril-Aire replacement lamps" in a font that is the same size as, or larger than, the drop-down menu font.

13. UV Bulbs shall make a payment to Steril-Aire totaling $2,000 within seven days after entry of the Consent Judgment by the Court.

14. Prior to bringing any action to enforce the terms of this Consent Judgment, the moving party shall provide notice to the other side of any alleged violation and the accused party shall have 10 days to cure any alleged breach prior to commencement of any legal action to enforce the Consent Judgment.

15. Notice to UV Bulbs shall be made by overnight mail and by electronic mail to: Constantine Marantidis at Christie, Parker & Hale, 655 N. Central Ave., Suite 2300, Glendale, CA 91203.

16. Notice to Steril-Aire shall be made by overnight mail and by electronic mail to: Andrew S. Dallmann at Burch Dallmann LLP, 96 Discovery, Irvine, CA 92618.

17. In any legal action filed to enforce this Consent Judgment, the successful party is entitled to recover reasonable costs and fees incurred.

18. This Court shall retain jurisdiction of this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction.

19. UV Bulbs agrees to submit to the personal jurisdiction of this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction.

20. This is a final judgment. Any remaining claims set forth in the Complaint filed by Steril-Aire, to the extent not otherwise addressed by this Final Consent Judgment and Permanent Injunction, are hereby dismissed with prejudice.

///

///

///

21. Each side shall be responsible for its own expenses, costs and fees, including any attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 10, 2015

_____
Honorable, John A. Kronstadt
United States District Judge

[SIGNATURES OF COUNSEL CONTINUED ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | Approved as to Form: | |
| 2 | BURCH DALLMANN LLP | |
| 3 | | |
| 4 | | |
| 5 | _____<br>By:  Andrew S. Dallmann<br>Attorneys for Plaintiff Steril-Aire, Inc. | Dated:  February 6, 2015 |
| 6 | | |
| 7 | Consent to the Form, Content and<br>Entry of this Consent Judgment: | |
| 8 | | |
| 9 | | |
| 10 | _____<br>Dr. Robert Scheir<br>Steril-Aire, Inc. | Dated:  February 6, 2015 |
| 11 | | |
| 12 | | |
| 13 | Approved as to Form: | |
| 14 | CHRISTIE, PARKER & HALE, LLP | |
| 15 | | |
| 16 | _____<br>By:  G. Warren Bleeker<br>Attorneys for Defendant UV Bulbs & More | Dated:  February 6, 2015 |
| 17 | | |
| 18 | | |
| 19 | Consent to the Form, Content and<br>Entry of this Consent Judgment: | |
| 20 | | |
| 21 | | |
| 22 | _____<br>Carole Swemline<br>UV Bulbs & More | Dated:  February 6, 2015 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |